IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

M. M., a CHILD,

        Petitioner,

v.

STATE OF FLORIDA AND
FORREST HALLAM,
SUPERINTENDENT OF THE
ALACHUA REGIONAL
JUVENILE DETENTION
FACILITY,

        Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1410

Opinion filed May 31, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

James S. Purdy, Public Defender, and Norma Kay Wendt, Assistant Public Defender, Palatka, for Petitioner.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondents.

PER CURIAM.

        DISMISSED as moot.

WOLF, RAY, and BILBREY, JJ., CONCUR.